# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

No. 15-5021             September Term, 2016

1:14-cv-01668-KBJ
1:14-cv-01850-KBJ

Filed On: November 16, 2016 [1646278]

Takeda Pharmaceuticals U.S.A., Inc.,

    Appellant

Elliott Associates, L.P., 14cv1850, et al.,

    Appellees

    v.

Sylvia Mathews Burwell, In her official capacity as Secretary, U.S. Department of Health and Human Services, et al.,

    Appellees

------------------------------

Consolidated with 15-5022

## M A N D A T E

In accordance with the judgment of July 15, 2016, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:    /s/
           Ken R. Meadows
           Deputy Clerk

Link to the judgment filed July 15, 2016